**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ILARION SVET,

       Plaintiff,

-vs-                 Case No. 2:11-cv-394-FtM-29SPC

STATE OF FLORIDA DEPARTMENT OF
JUVENILE JUSTICE, JASON GRICE, MOLLY
MULLIN,

       Defendants.
_____

**ORDER**

  This matter comes before the Court upon review of the file. On August 8, 2011, Plaintiff Ilarion Svet filed two documents with the Court entitled "Judgement" and "Entry of Default." The Court construes these pleadings as a motion for default judgment against Defendants for failure to answer the summons and complaint.

  Plaintiff brought this suit against Defendants the State of Florida Department of Juvenile Justice, Molly Mullin, and Jason Grice, alleging he was unlawfully terminated in violation of the Americans with Disabilities Act. The Proof of Service (Doc. #6) which was filed on July 18, 2011, indicates that Plaintiff sent the request for wavier of the service of summons and complaint via certified mail to the State of Florida, Department of Juvenile Justice, 3351 E. Tamiami Trail, Naples, Florida, 64112, which was delivered on July 15, 2011.

  When a request for wavier of service is sent, a defendant must be given a reasonable time of at least 30 days after the request was sent to return the waiver. See Fed. R. Civ. Proc. 4(d)(1)(F). In this case, Plaintiff sent the request for waiver of service to Defendants on July 14, 2011, which

was delivered on July 15, 2011. (Docs. #2, 3, 4, 6). Therefore, as least 30 days have not passed since Defendants received the waiver request. Thus, Plaintiff's motion is premature and is due to be denied.[1]

Accordingly, it is now

**ORDERED:**

Plaintiff's request for entry of default included in proposed documents filed with the Court on July 18, 2011 (Doc. #10) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] The Court is making no determination at this time as to whether the method of service of process on Defendants was proper.